1

2

3

4

5                              UNITED STATES  DISTRICT COURT

6                                Northern District of California

7

8       KYOUNG H. HO,

9                          Plaintiff(s),                    No. C 09-03328 MEJ

              v.
10                                                  **ORDER DENYING PLAINTIFF'S**
        JACK E. POTTER,                             **MOTION TO APPOINT COUNSEL**
11
                          Defendant(s).
12      _____/

13

14            Pending before the Court is Plaintiff's motion to appoint counsel.  She argues that her budget

15      "has been too tight" because she has four mortgage payments and, therefore, does not have any

16      money to pay attorney's fees.

17            There is no constitutional right to counsel in a civil case unless an indigent litigant may lose

18      her physical liberty if she loses the litigation.  *Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25

19      (1981).  However, a court "may request an attorney to represent any person unable to afford

20      counsel."  28 U.S.C. § 1915(e)(1).  The court may ask counsel to represent an indigent litigant under

21      § 1915 only in "exceptional circumstances," the determination of which requires an evaluation of the

22      likelihood of success on the merits and the ability of the plaintiff to articulate her claims pro se in

23      light of the complexity of the legal issues involved.  *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th

24      Cir.1997).  Neither the need for discovery, nor the fact that the pro se litigant would be better served

25      with the assistance of counsel, necessarily qualify the issues involved as complex.  *Id.*

26            The Court finds that the key issues in this case are straightforward.  The fact that counsel

27      would make Plaintiff's task in prosecuting the case more manageable does not by itself qualify the

28      issues as complex.  *See id.*  Additionally, Plaintiff has not brought forward sufficient evidence to

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1   show that she is unable to represent herself; Plaintiff has so far proven that she is capable of

2   managing the demands of her case.  Accordingly, the Court hereby DENIES Plaintiff's motion..

3        **IT IS SO ORDERED.**

4

5   Dated: August 10, 2009

6                                   Maria-Elena James

7                                   Chief United States Magistrate Judge

**United States District Court**
For the Northern District of California

2