August 17, 2009

To:   HONORABLE MARIA-ELENA JAMES
      US DISTRICT COURT
      450 GOLDEN GATE AVE
      SAN FRANCISCO CA 94102

Subject:   Appeal on Attorney appointment Request Decision – CV09-03328MEJ


Dear Honorable James,

First, thank you for your prompt response! THX a million!

I confess I almost felt so flattered that my English was as good as you were stating. Thank you for your encouragement! THX a Million!

I am writing this to appeal to your recent decision.
As far as I have perceived, our justice department is there to carry out Justice for all people; I thought I could ask you the following—if you grant either one of the following appeals, I would greatly appreciate it:
    1. No one—both plaintiff and defendant (I know for certain my management can speak and write far better English than myself)--will have any attorneys or
    2. You will help me get an attorney; I am not sure if you can help me utilize one of our postal attorneys that our management has been utilizing as an employee if you can not help me get the attorney that I mentioned (EEOC OFO told me that the court would help me get an attorney if I could not afford; that was why I did not expect you to deny my petition at all. I confess I felt quite stunned.)

I totally comprehend your decision; however, I feel I have to ask you to do me a huge favor to make sure grant one of my above appeals; I feel I am very reasonable, pretty sensible and equitable. I would certainly appreciate if you can consider this request. If you have any better advice, I shall pay attention to!

Would you please grant the above petition for me?
Thank you in advance for your consideration! THX a million!

Respectfully,

Kyong Ko
1388 W LATIMER AVE
CAMPBELL CA 95008
408-437-6605(W)
kko@usps.gov

DENIED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA