1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CSBN 217885)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-7181
6  Facsimile:  (415) 436-6748
   Email: victoria.carradero@us.doj.gov
7
   Attorneys for Federal Defendant
8

9  KYOUNG H. KO
   Pro Se
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14 KYOUNG H. KO,                )
                                )   NO. C 09-3328 MEJ
15           Plaintiff,          )
                                )   STIPULATION AND [PROPOSED] ORDER
16      v.                       )   TO CONTINUE CASE MANAGEMENT
                                )   CONFERENCE
17 JOHN E. POTTER,               )
   POSTMASTER GENERAL,           )
18                              )
                                )
19                              )
                                )
20                              )
             Defendants.         )
21                              )
                                )
22 _____)

Plaintiff Kyoung Ko, Pro Se, and Federal Defendant John E. Potter, Postmaster General, by and through his undersigned counsel, hereby stipulate as follows:

WHEREAS, the Case Management Conference ("CMC") in this matter is currently set for October 29, 2009 and a CMC statement is due on October 22, 2009.

WHEREAS, Plaintiff has not yet served the United States Attorney's Office with a copy of the Complaint but will immediately do so.

WHEREAS, the parties agree that the CMC should not be held until after Defendant has responded to the Complaint.

WHEREAS, the parties agree to continue the CMC to December 17, 2009 at 10:00 a.m.

**IT IS SO STIPULATED**

DATED: October 21, 2009                                        PLAINTIFF

                    ___signature authorized by e-mail___
                    Kyoung Ko, Pro Se

DATED: October 21, 2009                                        JOSEPH RUSSONIELLO
                    United States Attorney

                    _____/s/_____
                    Victoria R. Carradero
                    Assistant United States Attorney
                    Attorneys for Federal Defendant

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: October 21, 2009

                    _____
                    The Honorable Maria-Elena James
                    United States Chief Magistrate Judge