1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CSBN 217885)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone:  (415) 436-7181
6  Facsimile:   (415) 436-6748
   Email: victoria.carradero@us.doj.gov
7
   Attorneys for Federal Defendant
8
9  KYOUNG H. KO
   Pro Se
10
11                  UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA
13                  SAN FRANCISCO DIVISION
14  KYOUNG H. KO,                    )
                                     )   NO. C 09-3328 MEJ
15           Plaintiff,              )
                                     )   STIPULATION AND [PROPOSED] ORDER
16       v.                          )   TO CONTINUE CASE MANAGEMENT
                                     )   CONFERENCE
17  JOHN E. POTTER,                  )
    POSTMASTER GENERAL,              )
18                                   )
                                     )
19                                   )
                                     )
20                                   )
             Defendants.             )
21                                   )
                                     )
22  _____  )
23
24
25
26
27
28

1

1  Plaintiff Kyoung Ko, Pro Se, and Federal Defendant John E. Potter, Postmaster General, by and
2  through his undersigned counsel, hereby stipulate as follows:
3  WHEREAS, the Case Management Conference ("CMC") in this matter is currently set for
4  October 29, 2009 and a CMC statement is due on October 22, 2009.
5  WHEREAS, Plaintiff has not yet served the United States Attorney's Office with a copy of the
6  Complaint but will immediately do so.
7  WHEREAS, the parties agree that the CMC should not be held until after Defendant has
8  responded to the Complaint.
9  WHEREAS, the parties agree to continue the CMC to December 17, 2009 at 10:00 a.m.

**IT IS SO STIPULATED**

12 DATED: October 21, 2009                                    PLAINTIFF

13                                                          ___signature authorized by e-mail___
                                                            Kyoung Ko, Pro Se

15 DATED: October 21, 2009                                    JOSEPH RUSSONIELLO
                                                            United States Attorney

17                                                          _____/s/_____
                                                            Victoria R. Carradero
18                                                          Assistant United States Attorney
                                                            Attorneys for Federal Defendant

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

21 DATED: October 21, 2009
                                                            _____
                                                            The Honorable Maria-Elena James
                                                            United States Chief Magistrate Judge

2