UNITED STATES DISTRICT COURT

Northern District of California

KYOUNG H. HO,

                Plaintiff(s),                No. C 09-03328 MEJ

  v.

JACK E. POTTER,                         **ORDER VACATING CMC**

                Defendant(s).

_____/

The Court is in receipt of Defendant's separate case management conference statement, filed December 15, 2009. (Dkt. #10.) As Defendant intends to file a motion to dismiss, and the parties were unable to file a joint statement by the December 10 deadline, the Court hereby VACATES the December 17, 2009 Case Management Conference. If Defendant has not filed a motion to dismiss by January 7, 2010, the Court shall reschedule this matter for a c.m.c.

**IT IS SO ORDERED.**

Dated: December 15, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KYOUNG H. HO,

        Plaintiff,

v.

JACK E. POTTER et al,

        Defendant.

Case Number: CV09-03328 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 15, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kyoung H. Ko
1388 W. Latimer Ave
Campbell, CA 95008

Dated: December 15, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2