January 28, 2010

To: HONORABLE MARIA-ELENA JAMES
NOTHERN CA DISTRICT COURT
450 GOLEN GATE
SAN FRANCISCO CA 94102

Subject: Case# V09-61131



Dear Honorable James,

Thank you for all your help. I am writing this to see if I can reinstate this if at all possible. I just got the removal letter effective 01-23-10, which I have been making every effort to resolve it not to bother you any further, but no avail. I am not certain if you can, by all means help me. I even asked my management for an early out instead, but they wouldn't grant it. Would you please help?

Thank you in advance for your help!

Respectfully,

KYOUNG KO
1388 W LATIMER AVE
CAMPBELL CA 95008
408-803-9272
kyoungko1icj@gmail.com
attached

Good morning, honorable Hoh!

(Before anything, I do apologize in advance for my ignorance; I never got into this kind of trouble before; I have no idea, what and how all these details.)

I am wring this to see if I can appeal your decision for the following reasons:

I do respect both your position and your decision; to me it is very highly weighted position and decision which affects people's lives in a serious manner; because of this respect, to be honest I did expect there would be no wrong information or any bias; therefore, when I read some of the discrepancies, I felt somewhat aghast; I feel I could ask you to clarify a few issues that had made me puzzled a great deal since this caused me a great deal of embarrassment and stress unnecessarily. I thought you would make a fair decision <u>without any discrepancies.</u> By all means, I am not proud at all that I have had all kinds of disciplinary actions so far for the last several months. I confess I feel pretty embarrassed, weary and harassed. I have worked for the post office 27+ years; I had worked in Personnel almost ten years where I had processed all kinds of disciplinary actions, which had given me the clear understanding of what would be the ground for any discipline. I didn't even dream that this was going to be on my career path at all. I assure you that **good name** is very important to me; therefore, I feel too embarrassed, puzzled and weary right now.

I contacted my APWU rep to see how I could clarify some of the discrepancies I found, on which you made the decision based upon; they told me there was nothing they could do at this point. If it didn't impact in any shape or type on your decision, I do not think I can even dare to bother you by bringing this issue up again at this point. But you mentioned on your decision letter that I didn't appeal any of these disciplines, but I **DID them all**. In fact, Mr. Mike Calmes was the one who told me the first Letter of Warning was still on step 3 about a few months ago; why they jumped into the middle without going through them chronological order, which made far better sense, and had an arbitration for this one first, was beyond me. I <u>always file grievance</u> if there is any disciplinary actions; I am not sure if the table below making sense or not. I made several attempts to get corrected, but no avail so far; nobody seems to care enough to help including all my management. If everything gets corrected, I feel I may not have to serve this 7day. (I did make an attempt to bring this issue up during our meeting, but no avail; I do not think Mr. Woodrow Williams understood clearly what I was attempting to clarify.)

| When | What | Should be | Comment |
|---|---|---|---|
| Oct 2007 | Letter of warning | Official discussion | Still on step 3??? When all subsequent actions are affected by this first one, still waiting for step 3 doesn't make any sense. Usually nine out of ten, first two LOWs get reduced to Official Discussion. |
| Dec 2008 | 7 day suspension | Start as a Letter of Warning To be reduced to Official Discussion | You do not jump and start with 7day, since almost all disciplinary actions start with a letter of warning, based on such an insulting investigative interview, which should not have even existed; especially when it is illegitimate accusation that had no basis for. Without evaluating an employee's psychological condition when she claimed to be threatened by, alleging a violence for a few finger tip touches (how many normal people do you think can fee ~ consider threatened violence for a few finger tip touches?!), issuing a 7 day suspension without any inspection or police report, which gives another proof that it wasn't that serious enough, I do not think anyone can feel bein; treated with the respect considering the whole incident, or be able to consider this is the most prudent and discree manner to manage. |
| Apr 2009 | 7 day suspension | Should not have been existed | It is unethical to punish an employee for trying to be honest and trustworthy; When you are trying to be honest and trustworthy as the company labor manual specifies, and your supervisor—not sure if she is a control- freak o not—quoted just second half part of that same rule and tried to give you 7 day suspension omitting the first part; do not think anyone can feel you are treated with the respect or treated with all fairness. Please don't just talk about treating your employees with respect, but truly mean it and act upon it. If you cannot, perhaps either have someone else, who can do that basics better, do it or get more training to be able to do so instead of just talking about it. |
| May 2009 | 14 day | 1st Letter of Warning or shouldn't have existed | If someone can do it and get by with, one should not have punished for **describing** that very act ~ behavior that had just gotten by with. Had you done your job right instead of just picking on one particular employee, I do not think this could have even happened. Neglecting all over--you play favoritism, keeping on picking on Kyoung, letting someone—relief who is junior than me to go to a training that I was entitled to go, which resulted ~ made that junior relief employee become haughty and arrogant using that kind of belittling tone of voice in spite of my appealing to go to the training myself. Would you pls treat all your employees with all respect equally not MR better BMEU worse, or your favorite more your less favorite less? This only makes people (I know your favorite people have a better interpretation) feel almost sixx. Your favorite people can make any same mistakes, and get whatever they want—training, learning new things...., but you constantly emphasizing my mistakes and excusin; to train me properly. . |

| 12-12-09 | Removal | 2nd letter of warning | I do not know how they jumped to removal after one 14 day; as far as I observed in Personnel processing so man different disciplinary actions, you usually have two 14 day before issue a removal |

I feel too embarrassed to bring this issue up again, but I feel my whole disciplinary action histories need to be corrected ASAP=now starting from the first action; now urgent than ever since I have to serve this 7day according to your decision. I feel if anyone would make any decision to impact ~ to cause stress and/or embarrassment to someone this degree, I feel you'd better <u>clearly right without any discrepancies on a legal document</u> and on what you are based on your decision. You mentioned about 'Union not showing that the circumstances of the earlier situations were identical to those at issue here in order to legitimately claim that the employer has allowed such conduct in the past without taking disciplinary action. That burden has not been met here by the Union <u>via the mere assertion by the grievant of such different treatment</u>.' I am not sure if you are trying to indicate that I didn't tell you the truth after you had sworn me in to say nothing but the truth. I was telling you nothing but the truth: other few incidents where I didn't sign on the statements, nothing happened then; in other words, this wasn't the first one I didn't sign; I gave a few of them back to my supervisor because I couldn't agree with her; she didn't make any issues about them then, but this one she did. I do not know what you were expecting Union to verify ~ prove identical when you were the very one who made me be sworn in to say nothing but the truth, which I did.

You also quote only one part of the ELM where it said that employees are to follow the instructions, but you were totally ignoring the other part of the ELM 665.16 where it says that employees are to be honest, trustworthy, reliable....; also, other section --661.2.z. says 'Prohibition against unlawful collection of postage (18 U.S.C. 1726).' I am not sure if you are trying to encourage that honesty isn't an important issue here; in other words, you are indirectly encouraging people if not promoting employees to cheat employers and customers if I am not misunderstanding; I know I had processed several disciplinary actions for dishonesty and stealing when I was in Personnel. I do not feel I was exaggerating to feel that you were constantly siding my employers. I am not trying to avoid my responsibility; I will own my own action in full responsibility. If I have to pay, I shall pay as long as it is **just**, but I do not feel this decision was made based on justice, especially it is made based on erroneous facts.

Based on these few issues, I am not sure what step I need to take other than appealing to you once more. I am not sure if I have to bring this issue up during my civil action CMC on 12-02-09.
I assure you, if it is fair I would be responsible to pay whatever equitable consequences, but I do not feel this has been equitable decision.

Would you pls help? THX!
Thank you in advance for your help and your reconsideration!
If you can call me @408-803-9272 or 408-437-6605(w) as soon as you get this and clarify for me, I would certainly appreciate it.

Have a good day/week!

Respectfully,


Kyoung Ko

Gmail Calendar Documents Reader Web more ▼                                                                    kyoungko1lcj@gmail.com | Se

Gmail            carradero            Search Mail   Search the Web   Show search options
                                                                     Create a filter

Compose Mail     Silicon Valley Attorneys - www.SacAttorneys.com - Focusing on Business and Litigation 80 Years of Combined Experience

« Back to Search Results  Archive  Report spam  Delete  Move to Inbox  Labels  More actions

Inbox (622)
Sent Mail
Drafts (20)
Personal
Travel
7 more ▼
Contacts
Tasks
Chat
Search, add, or invite
KYOUNG KO
Set status here
corey ebadat
hyunjin park
Janet Niblack
dianarader
Esther Ko
Juliette Wright
Linda Tsai
nicole thompson
sarah helman
kko
Options   Add Contact

Invite a friend
Give Gmail to:
Send Invite  50 left
Preview Invite

**CMC on 17th** Inbox x

Carradero, Victoria (USACAN) to me                               show details 12/15/09   Reply

Dear Ms. Ko - I did not hear back from you so I went ahead and filed a separate cmc statement. You will receive a copy in the mail. After I filed the statement, the court issued an order vacating the cmc until after defendant's motion to dismiss. You will receive a copy of the court's order in the mail. Thank you.

Reply   Forward

KYOUNG KO to Victorie                                            show details 12/15/09   Reply

Thank you! Sorry I couldn't get back to you; I had an appointment at 1pm. I have been carefully thinking about agreeing to motion to dismiss after my friend's advice; she has been encouraging me to be a peace-maker. That was why I didn't send you the copy. I do not know what I need to do so at this point; I am not certain if you can help me on this or not.

Because you mentioned that they were not willing to settle, I feel puzzled on what you mentioned on both #12 and #15 CMC Joint Statement: #12.**Settlement and ADR:**
Plaintiff's Statement:
Defendant's Statement: <u>Defendant contends that Defendant's motion to dismiss should be ruled upon first.</u>
**15. Narrowing of Issues:** Plaintiff's Statement:
Defendant:    Nothing at this time.
Are these meaning that if I agree to dismiss this case, you will accommodate whatever settlement options possible (I understand all cannot be accepted; the foremost issues would be:
1. Removal letter to be vacated~ rectified.
2. A clean disciplinary history or at least to get modified as attached. 3. Accounting job I had an interview with about a month and half ago.
4. 7day abitration decision to be vacated as I motioned earlier.
I give you my words; I shall do my best to work for the success of the Post Office if you can help me with the above.
Thank you in advance for your consideration and your help!
Merry Christmas and a Happy New Year!

Sincerely, Kyoung Ko

On Tue, Dec 15, 2009 at 5:22 PM, Carradero, Victoria (USACAN) <Victoria.Carradero@usdoj.gov> wrote:
Dear Ms. Ko - I did not hear back from you so I went ahead and filed a separate cmc statement. You will receive a copy in the mail. After I filed the statement, the court issued an order vacating the cmc until after defendant's motion to dismiss. You will receive a copy of the court's order in the mail. Thank you.

- Show quoted text -

📎 civilDiscSimple121509.doc
29K  View as HTML  Open as a Google document  Download

Reply   Forward

Carradero, Victoria (USACAN) to me                              show details 12/16/09   Reply

Ms. Ko – As I have said several times already, the Agency is not interested in your settlement offers. There is no counter offer to make because the Agency does not want to settle your case. We are going to proceed with a motion to dismiss your case immediately. If you chose to voluntarily dismiss your complaint, you will need to let the court and me know. Thank you.

Victoria R. Carradero
Assistant U.S. Attorney
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, CA 94102

Tel. 415-436-7181
Fax. 415-436-6748
Email. victoria.carradero@usdoj.gov

**From:** KYOUNG KO [mailto:kyoungko1icj@gmail.com]
**Sent:** Tuesday, December 15, 2009 7:58 PM
**To:** Carradero, Victoria (USACAN)
**Subject:** Re: CMC on 17th
- Show quoted text -

Reply    Forward

**KYOUNG KO** to Victoria                                       show details 12/17/09    Reply

THX!

Let me ask you a few more questions:

What did you ment #12 and #15 of the joint statement? May I get clarified? I am not certain if I am not able to understand Legal English clearly or not. Sorry about that!

Merry 🎄 Christmas and a Happy 🎉 New Year!

Sincerely, Kyoung

- Show quoted text -

Reply    Forward

**Carradero, Victoria (USACAN)** to me                           show details 12/18/09    Reply

Ms. Ko – the CMC statement no longer matters now since the court vacated the CMC while Defendant proceeds with the motion to dismiss. The important point that I keep repeating to you is that Defendant rejects your settlement offer and does not wish to make a counter offer. I do not have anything further to tell you on this point. As previously mentioned, we are going to proceed with a motion to dismiss your case immediately. If you chose to voluntarily dismiss your complaint, you will need to let the court and me know. Thank you.

**From:** KYOUNG KO [mailto:kyoungko1icj@gmail.com]
**Sent:** Thursday, December 17, 2009 8:26 PM
- Show quoted text -

- Show quoted text -

Reply    Forward

« Back to Search Results   Archive   Report spam   Delete   Move to Inbox   Labels   More actions

Call and instant message your Gmail contacts for free using Google Talk. Learn more

You are currently using 1182 MB (15%) of your 7417 MB.

This account is open in 1 other location (75.14.235.10). Last account activity: 4 minutes ago at this IP (146.74.231.212). Details
Gmail view: standard | turn off chat | older version | basic HTML Learn more
©2010 Google - Terms - Privacy Policy - Gmail Blog - Join the Gmail team - Google Home

1/28/2010